
FILED
CLERK, U.S. DISTRICT COURT
APR 10 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Brian Alberto Castro De La Vega DEFENDANT(S). | CASE NUMBER 2:20-CR-00004-ODW ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __4/15/2020__, _____, at __10:00__ ☒a.m. / ☐p.m. before the Honorable __J. Chooljian__, in Courtroom __750__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __4/10/2020__        _____
U.S. District Judge/Magistrate Judge